ANGELINA VITARELLI, Respondent, v. BRUSON CONSTRUCTION CORPORATION and Others, Defendants, Impleaded with GIBRALTAR CREDIT CORPORATION and SAMUEL LEMBERG, Appellants.— Order affirmed, with ten dollars costs and disbursements. No judgment was entered, as directed by the order made by Justice Faber, dismissing the complaint in the rescission action. In the absence of such judgment, the complaint may not be dismissed upon motion under rule 107, on the ground that plaintiff had made an election of remedies prior to the commencement of the present action. It may be doubted if such a motion may in any event be made under the provisions of rule 107. The question in the present case must be raised by answer. (Roberge v. Winne, 144 N. Y. 709, 712.) The appealing defendants may answer within ten days from service of a copy of the order herein. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

GUSTAV WYDLER, Appellant, v. AUGUST A. AXTMANN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

BENJAMIN BLAZER, Respondent, v. JACOB PHILIPOWITZ, Also Known as JACOB PHILIPS, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

STANLEY BOGART, Respondent, v. JAMES J. WALKER, Mayor of the City of New York, and Others, Appellants. — It appearing on the argument of the motion that on April nineteenth there will be a meeting of the committee of the whole to consider forms of contracts, and that the board of estimate and apportionment will have a meeting on April twenty-second at which forms of contracts can be approved, a stay is granted to and including April 25, 1932, with leave to apply for a further stay upon a showing that forms of contracts have been approved. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

EDWARD P. DAHLINGER, Respondent, v. MANNIS JOSEPH, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

JOSEPH GLOVITCH, Respondent, v. HYMAN DENKER, Appellant, and Others, Defendants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

ERNEST NICHOLS, Respondent, v. THOMAS TREWHELLA, Defendant; GRILL DINERS, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

MARIE PARILLI and Another, Respondents, v. BROOKLYN CITY RAILROAD, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.